IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00431-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

11.    MONICA ESTRADA,
    a/k/a Beatriz Delgado-Rodriguez

    Defendant,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 22 2006

GREGORY C. LANGHAM
CLERK

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce Monica Estrada, before a United States Magistrate Judge forthwith for an initial appearance upon the charges in the Indictment, and to hold her at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where she is now confined.

SO ORDERED this 21st day of November, 2006.

    _____
    UNITED STATES MAGISTRATE JUDGE
    UNITED STATES DISTRICT COURT
    DISTRICT OF COLORADO

    MICHAEL J. WATANABE
    U.S. MAGISTRATE JUDGE
    DISTRICT OF COLORADO