UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00431-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RIGOVERTO VALLE-SIERRA,
   a/k/a "Jorge,"
2. JOSE ALFREDO SANCHEZ-GUSMAN,
   a/k/a Jose Alfredo Guzman,
   a/k/a "Macaco,"
3. BOGAR GONZALEZ-ITUARET,
   a/k/a Bogar Gonzalez-Ituarte,
   a/k/a "Hugo,"
   a/k/a Pedro Torres,
4. MARTIN GOMEZ-BERRERA,
   a/k/a Martin Gomez-Barrera,
   a/k/a "Huevo,"
   a/k/a "Huevito,"
   a/k/a Mario Alberto Osuna-Cuen,
5. FERNANDO VALENZUELA-SOTO,
   a/k/a Roberto Martinez-Beltran,
   a/k/a Mario Alberto Ozuna,
   a/k/a Mario Alberto,
   a/k/a "Jaime,"
   a/k/a Jose A. Zasueta,
   a/k/a Juan Al Parra,
   a/k/a Jaime Martinez-Beltran,
   a/k/a "Juan,"
   a/k/a 'Cameleon,"
   a/k/a "Sinola,"
6. HECTOR JESUS ZAMUDIO-TOLOZA,
   a/k/a Hector Jesus Zamudio-Tolosa,
   a/k/a "Tecate,"
7. JOSE QUINTANA,
   a/k/a "Chapo,"
   a/k/a "Chepo,"
   a/k/a 'Chepaneco,"

8. MICHAEL JAMES OVALLE,
   a/k/a Martin Ybarra-Mendoza,
9. ISMAEL GARCIA,
10. ELIZABETH MARCHAND,
    a/k/a Elizabeth Rodriguez,
11. **MONICA ESTRADA,**
    **a/k/a Beatriz Delgado-Rodriguez,**
12. **AGUSTIN MAGANA-BERMEO,**
13. LARRY JOE HERNANDEZ,
14. OMAR VALLE-SIERRA,
    a/k/a Omar Valle,
15. DEBBIE LEE MADRID,
    a/k/a Debbie Madrid,
16. LETICIA MOCTEZUMA,
    a/k/a "Lety,"
17. CHRISTINA FERNANDEZ-MOLINA,
    a/k/a 'Guera,"
18. ROBERT JOSE CERVANTES JR.,
19. ENEAS CAMACHO-DOMINGUEZ,
20. VINCE BENAVIDEZ, and
21. LUIS LUNA,
    a/k/a "Juan,"

       Defendants.

_____

## ORDER RESETTING SUPPRESSION HEARINGS
_____

The Suppression Hearings set pursuant to this Court's prior Orders **(# 402, 451)**, continued from August 30, 2007 at the request of the parties **(# 472)**, are hereby **RESET** for **8:30 a.m.** on **Tuesday, October 23, 2007**. All other aspects of the Court's prior Orders setting the hearings remain in effect.

    Dated this 5th day of September, 2007

                                             **BY THE COURT:**

                                             *Marcia S. Krieger*
                                             _____

                                             Marcia S. Krieger
                                             United States District Judge