# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date: June 9, 2008 |
| Court Reporter: | Paul Zuckerman | |
| Probation Officer: | Lisa Pence | |
| Interpreter | Susanna Cahill | |

Criminal Action No. 06-cr-00431-MSK

*Parties*:                                                                 *Counsel*:

UNITED STATES OF AMERICA,                          Mark Barrett

       Plaintiff,

v.

11. MONICA ESTRADA, a/k/a BEATRIZ          Paula Ray
DELGADO-RODRIGUEZ,

       Defendant.

_____

# SENTENCING MINUTES
_____

**12:17 p.m.      Court in session**.

Sentencing hearing is continued from May 27, 2008.

Defendant present in custody.

Interpreter sworn.

**Change of Plea Hearing on March 3, 2008. Defendant pled guilty to Count 1 of the Information.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure. Statement from the Government. Defendant has no objection.

The parties **do not** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

Allocution. - Statements made by: The defendant.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

Oral findings are made of record.

**ORDER:** Defendant's Motion for Variance (**Doc. #824**) is **DENIED** as moot.

**ORDER:** The Government's Motion for Downward Departure (**Doc. #839)** is **DENIED** as moot.

**ORDER:** The Government Motion for Downward Departure (**Doc. # 863**) is **GRANTED.**

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of her right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**12:40 p.m.** **Court in recess.**

Total Time: 23 minutes.
Hearing concluded